# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141165

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                         SC: 141165
                                         COA: 296673
                                         Sanilac CC: 08-006464-FC

MARK JOHN SOULE,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 21, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

0830

_____
Clerk